```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

JAY SCHROEDER,                          :        12 Civ. 4583 (LAP)
                                        :
                    Plaintiff,          :
                                        :           ORDER
          v.                            :
                                        :
ALLIED INTERSTATE, INC.,                :
                                        :
                    Defendant.          :
----------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

On September 25, 2012, Plaintiff filed a motion seeking
attorneys' fees and costs incurred in connection with
Plaintiff's action brought under the Fair Debt Collection
Practices Act, 15 U.S.C. § 1692, et seq., ("FDCPA").  Plaintiff
has accepted a modest offer of judgment made by Allied
Interstate, Inc.  The offer of judgment included reasonable
costs and attorneys' fees.  Plaintiff seeks $3,305.50 in fees
and costs.

The Court referred the attorneys' fees motion to Magistrate
Judge Freeman, who issued a Report and Recommendation on January
30, 2013 (the "Report") which considered and assessed the
detailed time records provided by the Kimmel Firm.  The Report
recommended that Plaintiff be awarded $1,265 in fees and $350 in
costs, for a total award of $1,615.  (Report at 71.)  The Report
advised that the parties shall have fourteen days from service

of the Report to file written objections.  Neither party
submitted any objections to the Report.  For the reasons set
forth below, the Court adopts the Report in its entirety.

A district court may adopt portions of a magistrate's
report to which "no specific, written objection" is made, as
long as those sections are not clearly erroneous.  See
Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 149 (1985).  A
district judge may accept, reject, or modify, in whole or in
part, the findings and recommendation of the magistrate.  See
DeLuca v. Lord, 858 F.Supp. 1330, 1345 (S.D.N.Y. 1994).

The Report is not clearly erroneous.  Magistrate Judge
Freeman's determinations are supported by the law and the record
in all material respects.  Magistrate Judge Freeman used the
"lodestar" method, which is arrived at by multiplying "the
number of hours reasonably expended on the litigation . . . by a
reasonable hourly rate," Hensley v. Eckerhart, 461 U.S. 424
(1983), to evaluate Plaintiff's request for attorneys' fees and
costs and modified the requested amount from $3,305.50 to
$1,615.

For the reasons stated herein, the Court adopts the Report
in its entirety.

Plaintiff's motion [dkt. no. 13] is GRANTED and the Clerk of the Court is respectfully requested to enter judgment for Plaintiff in the amount of $1,615.

SO ORDERED.

Dated:        New York, New York

            March _11_, 2013

_Loretta A. Presky_

LORETTA A. PRESKA,

CHIEF U.S.D.J.

3